

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NIGEL GENE INGERSOLL,<br><br>Defendants. | Case: 1:21-cr-20591<br>Judge: Ludington, Thomas L.<br>MJ: Morris, Patricia T.<br>Filed: 09-15-2021<br>INDI USA v. SEALED MATTER (tt)<br>　<br>U.S. DISTRICT COURT<br>FLINT, MICHIGAN |

F I L E D
SEP 1 5 2021

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### (18 U.S.C. §§ 922(a)(6) & 924(a)(2))
### (False Statement During Purchase of a Firearm)

On or about May 12, 2020, in the Eastern District of Michigan, the defendant, NIGEL GENE INGERSOLL, in connection with the attempted acquisition of a firearm, a Smith & Wesson MP9 Shield pistol, from Jay's Sporting Goods, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Jay's Sporting Goods, which statement was intended and likely to deceive Jay's Sporting Goods, as to a fact material to the lawfulness of such sale of said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented that he had never been

convicted of a felony, when in fact, as the defendant then and there well knew, he had been previously convicted of at least one felony offense; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

THIS IS A TRUE BILL.

Dated: September 15, 2021

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

SAIMA S. MOHSIN
Acting United States Attorney

*s/Anthony P. Vance*
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

*s/Jule DePorre for*
ANCA I. POP (P70032)
Assistant United State Attorney
101 First Street, Ste. 200
Bay City, MI 48708
Telephone number: (989) 895-5712
email: anca.pop@usdoj.gov

Companion Case information MUST be completed by AUSA and initialed

| United States District Court<br>Eastern District of Michigan | Criminal Case Cov... | Case: 1:21-cr-20591<br>Judge: Ludington, Thomas L.<br>MJ: Morris, Patricia T. |
|---|---|---|
| NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comp... | | Filed: 09-15-2021<br>INDI USA v. SEALED MATTER (tt) |

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| ☐ Yes              X No | AUSA's Initials:   AIP |

Case Title: USA v.  Nigel Gene Ingersoll

County where offense occurred:  Otsego County

Check One:   X Felony       ☐ Misdemeanor       ☐ Petty

    X   Indictment/_____Information ---  no prior complaint.
        Indictment/_____Information ---  based upon prior complaint [Case number:]
        Indictment/_____Information ---  based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

FILED
SEP 15 2021
U.S. DISTRICT COURT
FLINT, MICHIGAN

## Superseding Case Information

**Superseding to Case No:** _____  **Judge:** _____

☐   Corrects errors; no additional charges or defendants.
☐   Involves, for plea purposes, different charges or adds counts.
☐   Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date: September 15, 2021

*s/Jules DePorre for*
Anca I. Pop
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:   989-895-5712
Fax: 989-895-5790
E-Mail address: anca.pop@usdoj.gov
Attorney Bar #:   P-70032

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.